992 A.2d 111

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Ala IBRAHIM, Petitioner.**

**No. 182 EM 2009.**

Supreme Court of Pennsylvania.

April 8, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of April, 2010, the Petition for Reinstatement of Right to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Counsel is direct to file the Petition for Allowance of Appeal within 7 days of this order.